UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

KENNETH LESTER,

       Petitioner,                Case No. 2:20-cv-83

v.                                            Honorable Paul L Maloney

CONNIE HORTON,

       Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request for preliminary injunctive relief (ECF No. 8) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  August 3, 2020                      /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                         United States District Judge