UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

KENNETH LESTER,

        Petitioner,        Case No. 2:20-cv-83

v.        Honorable Paul L. Maloney

CONNIE HORTON,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:  August 3, 2020        /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge